# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ANTHONY NEALY,

    Petitioner,

v.                              CASE NO.   4:07cv278-RH/WCS

JAMES McDONOUGH,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 8), to which no objections have been filed. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is DISMISSED as untimely." The clerk shall close the file.

    SO ORDERED this 10th day of February, 2008.

                                          s/Robert L. Hinkle
                                          Chief United States District Judge